JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| NEUROBRANDS, LLC, | CASE NO.: 2:20-cv-3612-FMO-KS |
|---|---|
| Plaintiff/Counter-Defendant, | |
| v. | **ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |
| NEUROGUM, INC., | |
| Defendant/Counter-Plaintiff. | Honorable Fernando M. Olguin<br>Magistrate Judge Karen L. Stevenson |

# ORDER

Pursuant to the stipulation of all Parties, the Court hereby orders that the above-captioned action is dismissed in its entirety with prejudice and without costs.

**IT IS SO ORDERED.**

Dated: November 16, 2021

/s/
Honorable Fernando M. Olguin
United States District Judge